**Patricia A. McCULLEY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7092.

United States Court of Appeals, Federal Circuit.

May 21, 2013.

John B. Wells, Law Offices of John B. Wells, of Slidell, LA, argued for claimant-appellant.

Allison Kidd–Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Jr., Assistant Director, and James Sweet, Trial Attorney. Of counsel on the brief were David J. Barrnes, Deputy Assistant General Counsel, and Lara Eilhardt, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

NEWMAN, CLEVENGER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.